IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: Real property at 12938 Mosby Lane, | ) | 3:13mc35 |
| Charlotte, North Carolina, more particularly | ) | |
| described in a North Carolina Special | ) | |
| Warranty Deed at Mecklenburg County | ) | **ORDER** |
| Register of Deeds Book 26615, Page 594. | ) | **AND LIS PENDENS** |
| | ) | |
| _____ | ) | |
| FILE IN GRANTOR INDEX UNDER: | ) | |
| | ) | |
| Victor Rodrick Morris, Jr. | ) | |

        WHEREAS, the United States of America, by and through United States Postal Inspector
Randall E. Berkland, has presented an Affidavit to the Court alleging that the above-captioned
property is subject to forfeiture as set forth in 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461;
and,

        WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause
to believe that offenses in violation of 18 U.S.C. §§ 1028, 1029, 1343, 1344, 1349, and 1956
have been committed, and probable cause that the above captioned property may be subject to
forfeiture; and,

        WHEREAS, upon this finding of probable cause that the property may be subject
forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461, the
Government is entitled to record a lis pendens to give public notice of the Government's
forfeiture interest and potential criminal forfeiture claim against the property;

        THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens
with the appropriate state or local public depository to prevent the flight or transfer of the
property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil <u>in rem</u> action before this Court, and any person who has a question as to this action should contact:

United States Attorney for the Western District of North Carolina
Attn: Benjamin Bain-Creed
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

This the 13 day of February, 2013.

Honorable David S. Cayer
UNITED STATES MAGISTRATE JUDGE